Max D. Blum v. Franklin Insurance Company.   Max D. Blum v. Liverpool, London and Globe Insurance Company.   Max D. Blum v. Potomac Insurance Company.— Motions denied, with ten dollars costs in each case.   Orders to be settled on notice.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Oceanic Investing Company v. Twenty-eighth Street and Seventh Avenue Realty Company.— Motion granted on condition that appellant serve the printed papers and put the case on the calendar for November sixth.   Order to be settled on notice.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Sidney M. Teeter v. Anna K. Daniel.— Motion denied.   Order to be settled on notice.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Carrie A. Lichtenstein v. Augusta-Aiken Railway and Electric Company.—Motion granted so far as to stay entry of any judgment until determination of appeal.   Order to be settled on notice.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Patrick Lilly.— Motion denied, with ten dollars costs.   Order to be settled on notice.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of J. Quintus Cohen.— Referred to official referee.   Order to be settled on notice.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Michael Nicolelli v. Allen L. Friedman.— Motion denied, with ten dollars costs.   Opinion per curiam.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Maxwell Slutzkin.— Referred to official referee.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Voron & Chait, Inc.— Motion granted.   Order to be settled on notice.   Memorandum per curiam.   Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Giuseppe La Barbera, an Infant, etc., Appellant, v. George W. Linch, as Receiver, etc., Respondent.— Judgment and order affirmed, with costs.   No opinion.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Salvatore La Barbera, Appellant, v. George W. Linch, as Receiver, etc., Respondent.— Judgment and order affirmed, with costs.   No opinion.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel W. Ehrich, Respondent, v. Henry Lockhart, Jr., Appellant.— Order affirmed, with costs.   No opinion.   Present — Ingraham, P. J. McLaughlin, Laughlin, Clarke and Scott, JJ.